FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| Case No.: | 13-47255-SR | Trustee Name: | Douglas S. Ellmann |
|---|---|---|---|
| Case Name: | BERRIER, WAYNE L | Date Filed (f) or Converted (c): | 04/09/2013 (f) |
| For the Period Ending: | 09/30/2013 | §341(a) Meeting Date: | 05/22/2013 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining |
| **Ref. #** | | | | | |
| 1 Debtor's Residence Location: 980 Fix Road, Monroe MI 48162 | $186,000.00 | $1,000.00 | | $0.00 | $1,000.00 |
| 2 Debtor's Checking & Savings Account Monroe County Credit Union | $300.00 | $0.00 | | $0.00 | FA |
| 3 Debtor's Furniture Location: 980 Fix Road, Monroe MI 48162 | $2,800.00 | $0.00 | | $0.00 | FA |
| 4 Debtor's Books & CD's Location: 980 Fix Road, Monroe MI 48162 | $300.00 | $0.00 | | $0.00 | FA |
| 5 Debtor's Clothing Location: 980 Fix Road, Monroe MI 48162 | $500.00 | $0.00 | | $0.00 | FA |
| 6 Debtor's Jewelry Location: 980 Fix Road, Monroe MI 48162 | $300.00 | $0.00 | | $0.00 | FA |
| 7 Debtor's Firearm 38 Colt Pistol Location: 980 Fix Road, Monroe MI 48162 | $200.00 | $0.00 | | $0.00 | FA |
| 8 Debtor's 2013 Accrued Tax Refund | $100.00 | $0.00 | | $0.00 | FA |
| 9 Undetermined Settlement Potential Regarding Filed Lawsuit 11CI 00794 Dismissed 09/12 Debtor filed an Appeal 04/2013 | $100,000.00 | $0.00 | | $0.00 | FA |
| 10 Debtor's Wife's Vehicle 2006 Chrysler PT Cruiser Location: 980 Fix Road, Monroe MI 48162 | $4,954.00 | $0.00 | | $0.00 | FA |
| 11 Debtor's Lawn Trailer Location: 980 Fix Road, Monroe MI 48162 | $1,000.00 | $0.00 | | $0.00 | FA |
| 12 Debtor's Pet 1 Dog Location: 980 Fix Road, Monroe MI 48162 | $25.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

| | $296,479.00 | $1,000.00 | | $0.00 | $1,000.00 |

**Major Activities affecting case closing:**

05/31/2013   The Trustee is trying to sell the debtor's real estate at a short sale.
09/24/2013   The Trustee's real estate broker has listed the debtor's real estate for sale.

**Initial Projected Date Of Final Report (TFR):**  04/09/2016    /s/ DOUGLAS S. ELLMANN
**Current Projected Date Of Final Report (TFR):** 04/09/2016    DOUGLAS S. ELLMANN